WILLIAM J. BLACKLOCK, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Blacklock* v. *N. Y. C. & H. R. R. R. Co.*, 162 App. Div. 927, affirmed.

(Argued March 17, 1916; decided April 11, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 3, 1914, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover from a common carrier for breach of its contract, as expressed by its bills of lading, in that it delivered the goods mentioned therein without the surrender of such bills duly indorsed by the plaintiff as required by the terms thereof.

*Lester F. Gilbert* for appellant.

*G. D. Judson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.